IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL E. CHILDS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-5189 |
| | : | |
| **BLOOMINGDALES/CITIBANK**, *et al.* | : | |

## ORDER

This 26th day of January, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that all pending motions to dismiss, ECF 9, 12, 19 and 27, are **GRANTED**. The Motion of USAA Federal Bank to Sever, ECF 28, is **DENIED** as moot. Plaintiff's Complaint is **DISMISSED** with prejudice. The Clerk is requested to close this case for statistical purposes.[1]

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] This dismissal extends to unrepresented defendant Card Services, because any claim Plaintiff seeks to assert against it suffers from the same fatal defects identified in the Court's memorandum opinion.